132 A.3d 972

**MALT BEVERAGE DISTRIBUTORS ASSOCIATION, Gabler's Beverage Distributor, Inc. and PKD, Inc., Petitioners**

v.

**PENNSYLVANIA LIQUOR CONTROL BOARD, Respondent**

**Ohio Springs, Inc. and Sheetz, Intervenors.**

Supreme Court of Pennsylvania.

Feb. 16, 2016.

*ORDER*

PER CURIAM.

**AND NOW,** this 16th day of February, 2016, the Petition for Permission to Substitute Answer to Petition for Allowance of Appeal of Intervener is **GRANTED.** Furthermore, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by petitioner, are:

(1) Can a single store sell both gasoline and beer without violating the Liquor Code?

(2) Section 404 of the Liquor Code, 47 P.S. § 4–404, prohibits the transfer of a liquor license to a "location" where

"the sale of liquid fuels or oil is conducted"; what is a location?

(3) Section 468(a)(3) of the Liquor Code, 47 P.S. § 4-468(a)(3), prohibits the transfer of a liquor license to "any place or property upon which is located as a business the sale of liquid fuels and oil"; what is a place or property?

Justice EAKIN did not participate in the consideration or decision of this matter.